People v Amado (2024 NY Slip Op 01817)

People v Amado

2024 NY Slip Op 01817

Decided on April 3, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
PAUL WOOTEN
BARRY E. WARHIT
JANICE A. TAYLOR
LAURENCE L. LOVE, JJ.

2023-01414 
2023-01469
 (Ind. No. 74056/22; S.C.I. No. 75519/22)

[*1]The People of the State of New York, respondent,
v
Tina Amado, appellant.

Patricia Pazner, New York, NY (Chelsea Lopez of counsel; AD Dunn on the memorandum), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Amy Appelbaum of counsel; Lauren Slattery on the memorandum), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by her motion, from two sentences of the Supreme Court, Kings County (Matthew Sciarrino, Jr., J.), both imposed January 20, 2023, upon her pleas of guilty, on the ground that the sentences were excessive.
ORDERED that the sentences are affirmed.
Contrary to the defendant's contention, the record demonstrates that she knowingly, voluntarily, and intelligently waived her right to appeal (see People v Lopez, 6 NY3d 248, 256). The defendant's valid waiver of her right to appeal precludes appellate review of her contention that the sentences imposed were excessive (see id. at 255-256; People v Lowe, 216 AD3d 670, 671).
BARROS, J.P., WOOTEN, WARHIT, TAYLOR and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court